| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert S. Lampl, Esquire   SBN: 82201<br>LAW OFFICES OF ROBERT S. LAMPL<br>A Professional Law Corporation<br>21031 Ventura Boulevard, Twelfth Floor<br>Woodland Hills, California 91364<br>(818) 226-5662 Fax (818) 226-5671<br><br>*Attorney for Plaintiff* CHASE BANK USA, N.A. | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: ALFONSO GOMEZ | CHAPTER 7 |
|---|---|
| | CASE NUMBER 09-13197-ES |
| Debtor. | ADVERSARY NUMBER 8:09-01435 ES |
| CHASE BANK USA, N.A.<br>Plaintiff(s), | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)* |
| vs.<br>ALFONSO GOMEZ<br>Defendant(s). | **SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___AUG 27 2009___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:** OCT 15 2009   **Time:** 9:30 A.M.   **Courtroom:** 5A   **Floor:** 5

☐ 255 East Temple Street, Los Angeles   ☒ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ___JUL 28 2009___

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)   **F 7004-1**

| In re<br>ALFONSO GOMEZ | (SHORT TITLE)<br>Debtor(s). | CASE NO.: 09-13197-ES |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21031 Ventura Blvd., 12th Floor, Woodland Hills, CA 91364

A true and correct copy of the foregoing document described as  Summons and Notice of Status Conference; Complaint  Objecting to the Dischargeability of a Debt _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  8/7/09  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  8/7/09  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached Service List

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/7/09 | Lisa Robinson | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)    F 7004-1

**ADDITIONAL SERVICE INFORMATION** (if needed):

DEBTOR:
Alfonso Gomez
537 N. Magnolia Ave. Apt 201
Anaheim, CA 92801

ATTORNEY FOR DEBTOR:
Michael H. Colmenares
1321 Post Ave. Ste 201
Torrance, CA 90501

TRUSTEE:
JAMES J. JOSEPH
2029 CENTURY PARK EAST, #1900
LOS ANGELES, CA, 90067-3005

U.S. TRUSTEE:
411 WEST FOURTH STREET
SUITE 9041
SANTA ANA, CA 92701-8000

Robert S Lampl advocate45@aol.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Douglas L Weeks micwks@aol.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*  **F 7004-1**